# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARY B. HOIG, Individually, and MARY B. HOIG, as Personal Representative of the ESTATE OF LEE ALBERT HOIG, Deceased,<br><br>       Plaintiff,<br><br>vs.<br><br>AETNA LIFE INSURANCE COMPANY,<br><br>       Defendant.<br>_____/ | Case No. 2:19-CV-10101<br><br>Hon. Terrence G. Berg<br><br>Magistrate Judge Elizabeth A. Stafford |

## NOTICE OF APPEARANCE

TO THE CLERK OF COURTS:

    Kindly enter my appearance on behalf of Defendant.

 

                                            *s/    Brian P. Downey*
                                            Brian P. Downey
                                            PEPPER HAMILTON LLP
                                            100 Market Street, Suite 200
                                            Harrisburg, PA 17101
                                            717.255.1155
                                            downeyb@pepperlaw.com

Dated:  January 22, 2019              *Attorneys for Defendant*
                                            *Aetna Life Insurance Company*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

MARY B. HOIG, Individually, and
MARY B. HOIG, as Personal
Representative of the ESTATE OF LEE　　Case No. 2:19-CV-10101
ALBERT HOIG, Deceased,

　　　　　　　　　　　　　　　　　　　Hon. Terrence G. Berg
　　　　　Plaintiff,

　　　　　　　　　　　　　　　　　　　Magistrate Judge Elizabeth A.
vs.　　　　　　　　　　　　　　　　　　Stafford

AETNA LIFE INSURANCE COMPANY,

　　　　　Defendant.
_____/

## CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of January, 2019, a copy of the foregoing was filed electronically with the United States District Court, Eastern District of Michigan, and notice will be sent by operation of the Court's electronic filing system to all ECF participants, and notice will be sent via U.S. Mail, postage prepaid, to:

　　　BRIAN R. SCHROPE
　　　Law Office of Brian R. Schrope, P.C.
　　　367 North State Street
　　　Caro, MI 48723

-2-

        Respectfully submitted,

        *s/ Brian P. Downey*
        Brian P. Downey
        PEPPER HAMILTON LLP
        100 Market Street, Suite 200
        Harrisburg, PA 17101
        717.255.1155
        downeyb@pepperlaw.com

        *Attorneys for Defendant*
        *Aetna Life Insurance Company*